UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

HASSON WILSON,

                      Plaintiff,

       - against -

CORRECTION OFFICER FIGUEROA, et al.,

                     Defendants.

------------------------------------------------------------- X

19 Civ. 04537 (VB)

**ORDER AUTHORIZING THE**
**DEPOSITION OF**
**INCARCERATED PLAINTIFF**

      **IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that

an Assistant Attorney General may take the deposition of inmate Plaintiff Hasson Wilson, DIN #

18A1132, before a notary public or some other officer authorized to administer oaths by the laws of

the United States or of the State of New York, at a correctional facility maintained by the New York

State Department of Corrections and Community Supervision, upon notice to Plaintiff and the

Superintendent of the correctional facility.

Dated:   White Plains, New York
         February **25** , 2020

                               SO ORDERED.

                               _____
                               VINCENT L. BRICCETTI
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/