UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HASSON WILSON,

                       Plaintiff,

v.

ANNA FIGUEROA, CORRECTION
OFFICER; MARIANA CORDOVANO,
CORRECTION OFFICER; ALAN BENITEZ,
SERGEANT; TONY FREEMAN, NURSE; and
ALAN WASHER, CAPTAIN,

                       Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 4537 (VB)

With respect to the case management conference scheduled for July 17, 2020, at 11:00 a.m., plaintiff and defense counsel shall attend by telephone by calling the following number and entering the access code when requested:

**Number:** **(888) 363-4749 (toll-free)** or **(215) 446-3662**

**Access Code:** **1703567**

It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

The parties should be on the line by 11:00 a.m. and announce their names before speaking.

In the event plaintiff has retained counsel by the July 17, 2020, conference, counsel shall attend by using the above call-in information.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 25, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge