UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HASSON K. WILSON,

             Plaintiff,

v.

CORRECTION OFFICER ANNA
FIGUEROA; CORRECTION OFFICER
CORDOVANO; SERGEANT A. BENITEZ;
RN NURSE T. FREEMAN; and CAPTAIN
WASHER,

             Defendants.

------------------------------------------------------------x

**ORDER**

19 CV 4537 (VB)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 7/9/20

Copies Mailed/Faxed 7-9-20
Chambers of Vincent L. Bricetti

Plaintiff, who is proceeding <u>pro se</u> and <u>in forma pauperis</u>, commenced this action by filing a complaint dated April 29, 2019. (Doc. #1). At that time, plaintiff was incarcerated at Fishkill Correctional Facility.

By letter dated August 15, 2019, plaintiff informed the Court of his new address at Great Meadow Correctional Facility. (Doc. #21).

By letter dated February 14, 2020, plaintiff informed the Court of his new address at Sing Sing Correctional Facility. (Doc. #32).

On July 7, 2020, the Court received notice that its June 25, 2020, Order regarding the case management conference previously scheduled for July 17, 2020, and its June 30, 2020, Order extending certain discovery deadlines and adjourning the July 17 case management conference to September 18, 2020, both of which were mailed to plaintiff, were returned as undeliverable with the following notation: "No longer here paroled/released."

As the Court stated in its Order of Service dated June 19, 2019 (Doc. #12), it is plaintiff's responsibility to notify the Court in writing if his address changes, and the Court may dismiss the action if plaintiff fails to do so.

The Order of Service was mailed to plaintiff, along with an "Instructions for Litigants Who Do Not Have Attorneys" pamphlet and a blank "Notice of Change of Address" form. (Doc. #13). Like the Order of Service, the Instructions pamphlet also states it is plaintiff's responsibility to notify the Court in writing if his address changes, and the Court may dismiss the action if plaintiff fails to do so. (<u>See</u> <u>id.</u> at ECF 2).

      **<u>Accordingly, by August 10, 2020, plaintiff must update the Court in writing as to his current address. Failure to comply with the Court's Order may result in dismissal of the action for failure to prosecute or comply with Court orders. Fed. R. Civ. P. 41(b).</u>**

Chambers will mail a copy of this Order to plaintiff at his last known address on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: July 9, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge